UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA NARANJO,<br><br>  Plaintiff,<br><br>  v.<br><br>FCA US, LLC,<br><br>  Defendant. | No. 1:21-cv-00386-DAD-JLT<br><br>ORDER REMANDING ACTION TO THE KERN COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. No. 11) |

On May 4, 2021, the parties stipulated to remand of this action to the Kern County Superior Court, where this action was originally filed. (Doc. No. 11.) Accordingly, and pursuant to the parties' stipulation, this action is remanded to the Kern County Superior Court. All pending motions in this action are hereby terminated. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 5, 2021**

UNITED STATES DISTRICT JUDGE

1